# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION ) | |
| ) | |
| CATHY MOSHER, Individually and as Personal ) | |
| Representative for the Estate of KENT MOSHER, ) | C.A. No. 1:18-cv-00410-LPS-SRF |
| Deceased, ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| v. ) | |
| ) | |
| CRANE CO., et al., ) | |
| ) | |
| DEFENDANTS. ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Oral Order entered April 15, 2020 in the above-referenced matter, Plaintiffs and Defendants hereby submit the following Joint Status Report:

1. **All defendants remaining as active parties in the case:**

    a. Crane Co.

    b. Goulds Pumps, LLC

    c. IMO Industries, Inc.

    d. ITT LLC

2. **Estimated Number of Days for Trial**

    Jury trial is scheduled to begin on March 22, 2021**.** The parties envision trial lasting ten days to two weeks.

4. **Remaining Parties' respective positions on ADR and whether court-assisted ADR is requested:**

    a.     Crane Co. –National Counsel for both parties have engaged in settlement negotiations and request to see that process out for the time being.

2

      b.    Goulds Pumps – National Counsel for both parties have engaged in settlement negotiations and request to see that process out for the time being.

      c.    IMO – IMO and Plaintiff are engaged in resolution discussions and will update the Court accordingly.

      d.    ITT - National Counsel for both parties have engaged in settlement negotiations and request to see that process out for the time being.

5. Counsel for the parties have conferred about each of the above matters.

Respectfully submitted,

| PLAINTIFFS<br>By their attorneys, | DEFENSE LIAISON COUNSEL |
|---|---|
| */s/ Ipek Kurul*<br>Ipek Kurul, Esq, DE #4110<br>Dalton & Associates, P.A.<br>Cool Springs Meeting House<br>1106 West 10th Street<br>Wilmington, DE 19806<br>Date: *June 25, 2020* | */s/ Francis C. Gondek*<br>Francis C. Gondek, Esq., DE #2313<br>Swartz Campbell, LLC<br>300 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br><br>Date: *June 25, 2020* |

OF COUNSEL:
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
(212) 558-5500